FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2008 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

Mary Waters and Lorne Waters

Plaintiffs,

-against-

Davol, Inc., and C.R. Bard, Inc.

Defendants.

-----------------------------------X

O R D E R

CV-08-663 (JG) (JMA)

An initial conference will be held in the above-captioned case on May 20, 2008, at NOON, before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present. In the event this case becomes eligible for arbitration before the scheduled conference, please call **718-613-2530** to cancel.

Plaintiff's counsel is directed to confirm with defendant's counsel that all necessary participants are aware of this conference. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
February 21, 2008

s/Joan M. Azrack

JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE