AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**EASTERN DISTRICT OF NEW YORK**

**MARY WATERS and LORNE WATERS,**

**v.**

**DAVOL INC. and C.R. BARD INC.**

**SUMMONS IN A CIVIL CASE**

Case Number:[1]

**CV 08 663**

GLEESON, J

AZRACK, J.

**TO:** **C.R. Bard**
**c/o CT Corporation**
**111 8th Avenue**
**New York, NY 10011**

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT C. HEINEMANN
CLERK

FEB 15 2008
DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV 08 663

Date Filed: 2/15/2008

Plaintiffs:
**MARY WATERS and LORNE WATERS,**

vs.

Defendant:
**DAVOL INC. and C.R. BARD, INC.,**

For:
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **C.R. BARD c/o CT CORPORATION SYSTEM, Registered Agent, located at 111 8th Avenue, New York, New York 10011**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **19th day of February, 2008** at **10:45 am, I:**

Personally served C.R. BARD c/o CT CORPORATION by delivering a true copy of the **Summons in a Civil Case, Original Complaint, Civil Cover Sheet, Individual Rules of Magistrate Judge Joan M. Azrack, Individual Rules of USDC Judge John Gleason** to Sabrina Ambrose, Process Clerk, authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 145, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 25th day of February, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008000759
Ref: 70024-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j