AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

MARY WATERS and
LORNE WATERS,

v.

DAVOL INC. and C.R. BARD INC.

**SUMMONS IN A CIVIL CASE**

Case Number:[1]

CV 08 663

GLEESON J

AZRACK, J

TO: **DAVOL INC.**
**c/o CT Corporation**
**10 Weybosset Street**
**Providence, RI 02903**

**YOU ARE SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Milberg Weiss LLP
One Pennsylvania Plaza
New York, New York 10119-0165

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

ROBERT C. HEINEMANN
CLERK

FEB 15 2008
DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: CV 08 663

Date Filed: 2/15/2008

Plaintiff:
**MARY WATERS and LORNE WATERS**

vs.

Defendant:
**DAVOL INC.**

For:
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119-1065

Received by COURT SUPPORT INC. on the 19th day of February, 2008 at 11:43 am to be served on **DAVOL INC C/O CT CORPORATION SYSTEM, 10 WEYBOSSET ST, PROVIDENCE, RI 02903**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **20th day of February, 2008** at 2:04 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE and ORIGINAL COMPLAINT; CIVIL COVER SHEET; INDIVIDUAL RULES OF JUDGE JOHN GLEESON; and INDVIDUAL RULES OF MAGISTRATE JUDGE JOAN M. AZRACK** with the date and hour of service endorsed thereon by me to SANDRA CELIO, process specialist for CT CORPORATIOIN SYSTEM as REGISTERED AGENT of the within named corporation.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'9, Weight: 140, Hair: Lt. Brown, Glasses: Y

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

**Paul G. Hughes**
RI District Ct. Constable 6063

**COURT SUPPORT INC.**
**181 Hillside Av.**
**Willistonpark, NY 11596**
**(516) 742-7455**

Our Job Serial Number: 2008001275

Before me on the 20th day of February, 2008 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit

NOTARY PUBLIC

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c