CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00663−JG−JMA

Waters et al v. Davol Inc. et al
Assigned to: Judge John Gleeson
Referred to: Magistrate Judge Joan M. Azrack
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 02/15/2008
Date Terminated: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Mary Waters** represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorne Waters** represented by **Stephanie Hatzakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | " 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Mary Waters, Lorne Waters. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 02/19/2008) |
| 02/15/2008 | " | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Bowens, Priscilla) (Entered: 02/19/2008) |
| 02/22/2008 | " 2 | ORDER,Initial Conference set for 5/20/2008 at 12:00 PM before Magistrate Judge Joan M. Azrack. (Ordered by Magistrate Judge Joan M. Azrack on 2/21/08) (Piper, Francine) (Entered: 02/22/2008) |
| 02/26/2008 | " 3 | SUMMONS Returned Executed by Mary Waters, Lorne Waters. C.R. Bard Inc. served on 2/19/2008, answer due 3/10/2008. (Hatzakos, Stephanie) (Entered: 02/26/2008) |

| | | |
|---|---|---|
| 02/26/2008 | " 4 | SUMMONS Returned Executed by Mary Waters, Lorne Waters. Davol Inc. served on 2/20/2008, answer due 3/11/2008. (Hatzakos, Stephanie) (Entered: 02/26/2008) |
| 03/10/2008 | " 5 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Mary Waters waiver sent on 3/4/2008, answer due 5/5/2008; Lorne Waters waiver sent on 3/4/2008, answer due 5/5/2008. (Hatzakos, Stephanie) (Entered: 03/10/2008) |
| 04/01/2008 | " 6 | NOTICE of Change of Firm Name by Stephanie Hatzakos (Hatzakos, Stephanie) (Entered: 04/01/2008) |
| 04/07/2008 | " 7 | As per Conditional Transfer Order 16, Case transferred to District of Rhode Island. Case Transferred Via CM/ECF Civil Extract. Case Closed. (Piper, Francine) (Entered: 04/07/2008) |